

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00913-CV

**IN THE INTEREST OF L.T.D.**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CI-01371
Honorable Janet P. Littlejohn, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the parties' joint motion to dismiss is GRANTED and this appeal is DISMISSED.

Costs are assessed against the party that incurred them.

SIGNED April 9, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice